In the Matter of ROSANA R., Appellant, v JAMES M., Respondent. [889 NYS2d 461]

The petition was properly dismissed, since Family Ct Act § 451 precludes the court from "reduc[ing] or annul[ing] child support arrears accrued prior to the making of an application pursuant to this section" (*see Matter of Dox v Tynon*, 90 NY2d 166, 173 [1997]; *Matter of Zaid S. v Yolanda N.A.A.*, 24 AD3d 118 [2005]). Here, petitioner's child support arrears were set and reduced to a money judgment in 2005, and the subject petition was brought in 2007.

We have considered petitioner's remaining arguments and find them unavailing. Concur—Friedman, J.P., Sweeny, Freedman and Abdus-Salaam, JJ.